AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| WEIDONG LI,<br>on his own behalf and on behalf of others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>SPA NAIL 9, INC<br>d/b/a Spa Nail<br><br>et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 19-cv-06118<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Troy Law, PLLC
John Troy
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/01/2019                                           /s/ D. Howie
                                                *Signature of Clerk or Deputy Clerk*

**SPA NAIL 9, INC d/b/a Spa Nail 9**
2568 Western Ave #15, Altamont, NY 12009

**DI YANG a/k/a Peter Yang**
2568 Western Ave #15, Altamont, NY 12009

**AMY YANG**
2568 Western Ave #15, Altamont, NY 12009

**ANDY DOE**
2568 Western Ave #15, Altamont, NY 12009

**WEIDONG LI v.
SPA NAIL 9, INC d/b/a Spa Nail 9, et al.**

**Summons Rider**